UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT E EVANS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. H-07-625 |
| | § | |
| STERLING CHEMICALS INC, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT**

On this 21st day of August, 2009, came on to be considered, the defendants' motion for partial summary judgment (Docket Entry No. 113) and the plaintiffs' response in opposition to the defendants' motion (Docket Entry No. 119). The Court, after having carefully considered the motion, response, the parties' submissions, the uncontested facts and the applicable law, is of the opinion that the motion should be DENIED without prejudice. Accordingly, it is therefore

ORDERED, ADJUDGED and DECREED that the defendants' motion for partial summary judgment is hereby DENIED without prejudice.

It is so **ORDERED**.

SIGNED at Houston, Texas this 21st day of August, 2009.

_____
Kenneth M. Hoyt
United States District Judge