IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT EVANS, et al, § <br> § <br> Plaintiffs § <br> § <br> vs. § <br> § <br> STERLING CHEMICALS, INC., et al, § <br> § <br> Defendants. § | NO. H-07-0625 |

DEFENDANTS' SUPPLEMENTAL REPORT OF EXPERT WITNESSES

As provided in Rule 26(a)(2) of the Federal Rules of Civil Procedure and per the agreement of the parties (see *Exhibit #3*), the defendants, Sterling Chemicals, Inc., Sterling Chemicals, Inc. Employee Benefits Plans Committee, Sterling Chemicals, Inc. Medical Benefits Plan for Retirees, and Sterling Chemicals, Inc. Prescription Drug Benefits Plan for Retirees supplement the expert witness reports of the following experts that were designated on March 10, 2008 (*Docket #62*):

Michael H. Reed
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4416

Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas 77002
713-221-1206

Their supplemental expert reports are attached as Exhibits #1 and #2, respectively.

                          Respectfully submitted,

                          */s/ Kerry E Notestine*
                          Kerry E Notestine (Attorney-in-Charge)
                          State Bar No. 15116950
                          Federal I.D. No. 2423

Of Counsel:                    1301 McKinney Street
                          Suite 1900
Nitin Sud                     Houston, TX  77010
State Bar No. 24051399      713.951.9400 (Telephone)
Federal I.D. No. 611307      713.951.9212 (Telecopier)
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street        ATTORNEYS FOR DEFENDANTS
Suite 1900                    STERLING CHEMICALS, INC., STERLING
Houston, TX  77010          CHEMICALS, INC. EMPLOYEE BENEFITS PLANS
713.951.9400 (Telephone)    COMMITTEE, STERLING CHEMICALS, INC.
713.951.9212 (Telecopier)    MEDICAL BENEFITS PLAN FOR RETIREES, AND
                          STERLING CHEMICALS, INC. PRESCRIPTION
                          DRUG BENEFITS PLAN FOR RETIREES

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009, I served the foregoing instrument upon all the following counsel of record through the ECF filing system:

LEAD COUNSEL:

R. Martin Weber, Jr.
Crowley Norman LLP
3 Riverway, Ste. 1775
Houston, Texas 77056

OF COUNSEL:

Hal Gillespie
Christa J. Boyd-Nafstad
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204

Walt D. Roper
LAW OFFICES OF WALT D. ROPER, P.C.
3100 Monticello Avenue
Suite 500
Dallas, Texas 75205

/s/ *Nitin Sud*
Nitin Sud

Firmwide:91833545.1 023540.2020