IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT EVANS, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO. 4:07-cv-00625 |
| | § | |
| STERLING CHEMICALS, INC., | § | |
| ET AL., | § | Class action |
| | § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' UNOPPOSED APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, REQUEST FOR INCENTIVE AWARDS TO CLASS REPRESENTATIVES AND MEMORANDUM IN SUPPORT

Plaintiffs Robert E. Evans, Relmond H. Hamilton, and Dennis Harthun, Individually and on behalf of the class of similarly situated persons, file this Appendix in Support of Plaintiffs' Unopposed Application for Award of Attorneys' Fees and Reimbursement of Expenses, Request for Incentive Awards to Class Representatives and Memorandum in Support as follows:

**Declarations**                                                                                       **App. Pg. No.**

Declaration of R. Martin Weber, Jr. ............................................................................................... 1-111

Declaration of Walt D. Roper. .................................................................................................... 112-176

Declaration of Hal Gillespie. ...................................................................................................... 177-236

Declaration of Russell Post.......................................................................................................... 237-263

**Unpublished Opinions and other Legal Documents**

*1 Lincoln Fin. Co. v. Metro. Life Ins. Co.*, 428 F. App'x 394 (5th Cir. 2011). .................. 264-266

*Gonzalez v. Assocs. Health & Welfare Plan*, 55 F. App'x 717, 2002 WL 31933208
(5th Cir. Dec. 23, 2002). ....................................................................................................... 267-268

*Hickerson v. Velsicol Chem. Corp.*, 1989 WL 20843 (N.D. Ill. Mar. 6, 1989). ................. 269-271

*Johnson v. Prudential Life Ins. Co. of Am.*, 2008 WL 901526
(S.D. Tex. Mar. 31, 2008)......................................................................................................  272-281

*UFCW Local 880-Retail Employers Joint Pension Fund v. Newmont Mining Corp.*,
352 Fed. Appx. 232, 2009 WL 2902565 (10th Cir. 2009).................................................... 282-288

Meredeith Z. Maresca, "Retiree Benefits: Increasing Retiree Benefit Premium Violated
Asset Purchase Agreement, Court Rules*,*" *BNA Pension & Benefits Reporter*,
38 BPR 1921 (Oct. 19, 2011)............................................................................................... 289-290

Respectfully submitted,

By: */S/ R. Martin Weber, Jr.*
R. Martin Weber, Jr.
State Bar No. 00791895
**CROWLEY NORMAN, LLP**
3 Riverway, Suite 1775
Houston, Texas 77056
713.651.1771
713.651.1775 – Facsimile
mweber@crowleynorman.com

**LEAD COUNSEL FOR PLAINTIFFS**

OF COUNSEL:

Walt D. Roper
State Bar No. 00786208
THE ROPER FIRM, PC
3001 Knox Street, Suite 405
Dallas, TX 75205
(214) 420-4520
(214) 856-8480 (Fax)
Email: walt@roperfirm.com

Hal Gillespie
State Bar No. 07925500
GILLESPIE, ROZEN & WATSKY, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204
(214) 720-2009
(214) 720-2291 (Fax)
Email: hkg@grwlawfirm.com

Russell Post
State Bar No. 00797258
Chad R. Flores
State Bar No. 24059759
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)
Email: rpost@brsfirm.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 24, 2012, the attached document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                */S/ R. Martin Weber, Jr.*
                R. Martin Weber, Jr.